CHARLES H. JONES, Respondent, v. HENRY STEERS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, McAvoy and Martin, JJ.

SPENCER R. HILL and Others, Respondents, v. INTERNATIONAL PRODUCTS COMPANY, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS M. SHEAR, Appellant, v. SOPHIE SHEAR, Respondent.— Order modified by striking out the award of alimony and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS PECK, Respondent, v. HENRY HEYMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HELEN V. D. HARRIS, Appellant, v. WILLIAM K. KNOX, Respondent.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

STELLA H. MARKS v. MARCUS H. MARKS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDWARD H. KLEIN v. H. S. H. HOLDING CORPORATION and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDWARD H. KLEIN v. H. S. H. HOLDING CORPORATION and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDWARD H. KLEIN v. H. S. H. HOLDING CORPORATION and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDWARD H. KLEIN v. GASTON AMSTEL REALTY CORPORATION and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDWARD H. KLEIN v. GASTON AMSTEL REALTY CORPORATION and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JULIA G. LARKIN v. HARRY KALLMAN and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL WEISELTIER, an Infant, etc., v. DAVID JACOBY and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SOUTHERN RICE SALES COMPANY v. FEDERAL EXPORT CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SIDNEY MARK, an Infant, etc., v. ISAAC R. KAFKA and Another.— Motion to